# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50223
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
January 19, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Rodriguez-Silva, Jr.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-754-1

---

Before Stewart, Duncan, and Wilson, *Circuit Judges.*

Per Curiam:[*]

    The attorney appointed to represent Jose Rodriguez-Silva, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Silva has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50223

issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.